WED-86205 0980-2 pdf002 07-01128
EASTERN DISTRICT OF WASHINGTON
Spokane-Yakima
904 W Riverside Ave. Suite 304
Spokane, WA 99201

**OFFICIAL BUSINESS**

UNITED STATES BANKRUPTCY COURT
PENALTY FOR PRIVATE USE $300
**CONTAINS NOTICE of a PROCEEDING
in the
UNITED STATES BANKRUPTCY COURT**

PRESORTED
FIRST-CLASS MAIL
POSTAGE & FEES PAID
UNITED STATES COURTS
PERMIT NO. G-18

**FIRST-CLASS MAIL**

JAN 7 2011

051303 51303 1 AB 0.357 98951 5 9 6658-0-51303
Gerardo B. LARIOS
Ermelinda LARIOS
PO Box 854
Wapato, WA 98951-0854

NIXIE            992   CE   1          22 01/04/11
            RETURN TO SENDER
        NOT DELIVERABLE AS ADDRESSED
            UNABLE TO FORWARD
BC: 99201101179              *0525-00081-02-35